417 A.2d 774

Claster v. McKee, Penn Treaty Life Ins. Co., and Rist, Appellants.

Argued April 9, 1979. James W. Evans, for appellant McKee; Martin Co-

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

hen, submitted a brief on behalf of appellant Penn Treaty Life Insurance Company; John A. Roe, did not submit a brief on behalf of appellant Rist; Louis M. Tarasi, Jr., for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

The order of the lower court dated September 11, 1978, is affirmed.